# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**HECTOR A. ROBLES-RODRIGUEZ, et al.,**
    **Plaintiff(s)**

**v.**

**MUNICIPALITY OF CEIBA, et al.,**
    **Defendant(s)**

**Civil No. 18-1168 (ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on March 13, 2020.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The FDIC's Motion to Dismiss is Granted. The remaining claims and motions (state law actions) are REMANDED to the Commonwealth of Puerto Rico Court of First Instance.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 19th day of March 2020.

    MARIA ANTONGIORGI-JORDAN, ESQ.
    Clerk of the Court


    By: S/Sarah V. Ramón
        Sarah V. Ramón, Deputy Clerk